BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
MAY 02 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
S. MARTIN-GILL
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>MAURICE HUNG,<br><br>             Defendant. | 1:13 CR 0018 9 - LJO SKO<br><br>ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed.

DATED: 5/2/13                    _____
                                 U.S. MAGISTRATE JUDGE

3