# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00189 LJO |
| Plaintiff, | |
| | COURT RESPONSE (NON RULING) ON DEFENDANT'S MOTION IN LIMINE NUMBER ONE |
| vs. | |
| MAURICE HUNT | |
| Defendant. | |

The Defendant moves the Court for an order of boundaries concerning the use of the Defendant's prior criminal history should the defendant decide to take the witness stand at trial. The Court cannot rule on this motion until the Government defines its intent in that regard. Defense Counsel asks that the matter be ruled upon on the morning of trial, before the jury panel is summoned to the courtroom. Unless the Government responds before the day of trial, allowing the Court the additional information needed for a ruling, the matter is taken under submission until the day of trial, August 6, 2013.

Counsel need to remember that picking up the phone prior to filing any motion is the correct way to proceed. That simple action oftentimes makes a motion not necessary to file.

From the time the motion was filed on July 22, 2013, until the date of the hearing and ruling on the motion (August 6, 2013), the Speedy Trial time clock is stopped. (18 USC 3161(h)(1)(D) and (H)).

IT IS SO ORDERED.

**Dated:   July 24, 2013**          /s/  **Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

1