# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00189 LJO |
| Plaintiff, | |
| vs. | ORDER ON MARSDEN MOTION BROUGHT BY THE DEFENDANT Pro Se |
| MAURICE HUNT | |
| Defendant. | |

This motion was filed on July 18, 2013, and ruled upon today, July 25, 2013. Those 6 days are excluded from the Speedy Trial time clock. (18 USC 3161(h)(1)(D) and (H)).

The basis of this FOURTH Marsden motion by the defendant against his lawyer is that defense counsel didn't realize the existence of a viable speedy trial defense. Here, because the speedy trial issue is NOT viable (see Ruling on the Motion to Dismiss and Release the Defendant on this basis), the instant motion has no merit either. It is DENIED without hearing.

The declaration of defense counsel Huss reminds the Defendant directly that the continued filing of Pro Se spurious motions serve no other purpose but to distract defense counsel from preparing the defendant's case for trial. The Defendant, if he continues to persist, will not gain a trial continuance, will not gain him an appellate issue on the Speedy Trial issue, and is both shortsighted and dangerous. Defendant is well advised to stop trying to outsmart the system, listen to his own lawyer, and get focused on helping his counsel ready the defense for the upcoming and fast-approaching jury trial.

IT IS SO ORDERED.

Dated:   July 24, 2013            /s/  Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE