**FILED**

AUG 0 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>     Plaintiff, )<br><br>     vs. )<br>S.G. )<br><br>     Defendant. )<br>_____ ) | No. 1:13-CR-189 LJO<br><br>ORDER OF RELEASE |

The above named material witness having testified on August 6, 2013.

IT IS HEREBY ORDERED that the material witness shall be released forthwith.

Dated: **8-6-13**

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1