**FILED**

AUG 09 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>     vs.<br><br>MAURICE HUNT<br><br>           Defendant.<br>_____/ | CASE NO. 1:13-CR-00189 LJO<br><br>ORDER TO SEAL |

The Clerk of the Court is hereby ordered to seal the Financial Affidavit of material witness S.G. for proceedings held on 8/5/2013. (a minor)

IT IS SO ORDERED.

Dated: 8-9-13

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1