```
                                            FILED
                                          AUG 09 2013
                                     CLERK, U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF CALIFORNIA
                                   BY _____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  MAURICE HUNT  Defendant. _____/ | CASE NO. 1:13-CR-00189 LJO  ORDER TO SEAL |

The Clerk of the Court is hereby ordered to seal Court Exhibits 1, 2, 3 to the proceedings held on 8/5/2013 regarding attorney/client disputes.

IT IS SO ORDERED.

Dated: 8-9-13

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1