# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00189 LJO |
| Plaintiff, | COURT RESPONSE TO DEFENDANT'S REQUEST FOR GRAND JURY TRANSCRIPTS |
| vs. | |
| MAURICE HUNT, | |
| Defendant. / | |

The Court has received the Defendant's Motion to Compel Production of Grand Jury Transcripts to prepare for an anticipate and eventual Motion to Dismiss the Case for alleged false and misleading testimony presented by the Government to the Grand Jury.

The Court notes that the motion has not been served on the Government. The Court is ordering that the motion be served electronically on the Government, and that the Government file a brief, succinct response on or before October 15, 2013 to the request for the transcript.

IT IS SO ORDERED.

**Dated:   October 2, 2013**          **/s/  Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE