KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant/Appellant MAURICE HUNT

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURICE HUNT, ) <br> ) <br> Defendant. ) | Case No. 13:0189 LJO <br><br> ORDER TO COURT REPORTER TO RELEASE A COPY OF SEALED TRANSCRIPTS TO COUNSEL |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the sealed transcripts in the above-entitled case, dated July 12, 2013 (Docket 31); August 5, 2013 (Docket #59); and August 5, 2013 (Docket #60) be transcribed and released by court reporter PEGGY CRAWFORD  to attorney KATHERINE HART, appointed counsel for MAURICE HUNT.

IT IS SO ORDERED.

Dated:   **March 3, 2014**             /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28