

**SUPREME COURT**
OF THE UNITED STATES

**Visiting the Court** | **Touring the Building** | **Exhibitions**

Search:  ⦿ All Documents ◯ Docket   **<u>Advanced Search</u>**

**Enter Search Text:** [                    ]  [ Search ]  [ Help ]

**Home | Search Results**

No. 15-9526

| | |
|---|---|
| Title: | Maurice Hunt, Petitioner |
| | v. |
| | United States |
| Docketed: | May 31, 2016 |
| Lower Ct: | United States Court of Appeals for the Ninth Circuit |
| Case Nos.: | (13-10583) |
| Decision Date: | November 12, 2015 |

~~~Date~~~  ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~~

Jan 5 2016   Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due June 30, 2016)

Jun 8 2016   Waiver of right of respondent United States to respond filed.

Jun 16 2016  DISTRIBUTED for Conference of September 26, 2016.

---

~~Name~~~~~~~~~~~~~~~~~~~~~     ~~~~~~~Address~~~~~~~~~~~~~~~~~~~     ~~Phone~~~

**Attorneys for Petitioner:**

Maurice Hunt                    #70092-097

PO Box 019001

Atwater, CA  95301-0910

Party name: Maurice Hunt

**Attorneys for Respondent:**

Donald B. Verrilli Jr.                          Solicitor General                                              (202) 514-2217

United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov

Party name: United States

June 21, 2016 | Version 2014.1

**Home** | **Help** | **Site Map** | **Contact Us** | **About Us** | **FAQ** | **Jobs** | **Links** | **Building Regulations**
**Website Policies and Notices** | **Privacy Policy** | **USA.GOV**

# Supreme Court of the United States