# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America,** | **1:13-CR-00189-LJO** |
| Plaintiff, | **ORDER RE DEFENDANT'S REQUEST FOR TRANSCRIPT (DOC. 149)** |
| v. | |
| **MAURICE HUNT,** | |
| Defendant. | |

Maurice Hunt ("Defendant"), a prisoner in federal custody, filed a request entitled "Motion: In Preparation for Defendants [sic] Soon To Be Filed 2255 Motion," in which he requests that this Court provide him with a certified transcript of the pre-trial proceedings in this matter dated June 17, 2013. Doc. 149. According to the Court's minutes, a closed hearing took place on that date before Magistrate Judge Sheila K Oberto on Defense Counsel Carl Faller's motion to withdraw. Doc. 19. As of the date of this Order, no transcript has been prepared for that hearing.

28 U.S.C. § 753(f) provides that "[f]ees for transcripts furnished in proceedings brought under [28 U.S.C. § 2255] to persons permitted to sue or appeal in forma pauperis shall be paid by the United

1

States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." Here, however, Petitioner has not filed a motion under § 2255, nor has he provided any basis upon which this court can determine whether or not any § 2255 he might file would be non-frivolous. Therefore, his request for a transcript is DENIED WITHOUT PREJUDICE. Petitioner may renew this request as part of a filing that sets forth non-frivolous grounds for a § 2255 Petition and explains why the transcript is needed to pursue any such ground for relief.

IT IS SO ORDERED.

Dated: **May 10, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE