McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-00189-LJO-SKO |
| Plaintiff, | **GOVERNMENT'S MOTION FOR AN ORDER DIRECTING PRIOR COUNSEL BARRY MORRIS TO RESPOND TO ALLEGATIONS IN DEFENDANT'S PETITION AND FOR 30-DAY EXTENSION OF TIME;** |
| v. | |
| MAURICE HUNT, | |
| Defendant. | **ORDER** |

The United States of America, by and through its attorney, Assistant United States Attorney David Gappa, moves for an order that sets a deadline of April 16, 2018, for attorney Barry Morris to provide a response to relevant allegations in the defendant's petition and for the government response to the petition to be filed by May 12, 2018. The government believes that there is good cause for the requested order, based upon the representations below.

The court granted the government until April 12, 2018, to file a response to the defendant's petition. The government had requested that date with the understanding that it would be necessary for defense attorneys to review and respond to the large number of

allegations of their allegedly ineffective assistance. Government counsel also had not participated in any way in the trial or appeal of the case upon which the petition is based, and the record is very extensive.

Government counsel communicated with prior counsel Kathy Hart and Barry Morris beginning on December 15, 2017. At that time government counsel informed prior defense counsel that the government would be requesting an order permitting them to respond to the defendant's allegations. Government counsel and Mr. Morris communicated by telephone shortly after he received the government's e-mail communication. Government counsel followed up with an e-mail message to both attorneys on December 22, 2017, with a copy of the petition, the court's order dated December 19, 2017, and suggestions on where each attorney might focus attention and provide a response. Government counsel requested a response from prior defense counsel by about mid-January 2018.

Government counsel followed up with prior counsel when nothing was received by the end of January 2018. Mr. Morris indicated on February 1, 2018, that he had been focused on a recent complicated trial but would try to send a response within a few days. Government counsel on the same day resent the court's order, the defendant's petition, and again suggested where counsel might focus attention when preparing a response. Government counsel and Mr. Morris also communicated by telephone at about the same time. Kathy Hart sent a response on February 13, 2018, and followed up with an amended response on February 14, 2018. On February 20, 2018, government counsel followed up with Mr. Morris who promptly responded that he

had been in a trial since January 2, 2018, but that he would try to send a response within the following week.

Government counsel followed up with Mr. Morris again on March 15, 2018, and stated the government's filing deadline was looming. Mr. Morris stated that he had been in another trial until "last week," but promised to do the response as soon as he completed an "opening brief in a capital case." Government counsel again followed up with Mr. Morris on March 29, 2018. Mr. Morris stated that he was still finishing his death penalty opening brief but expected to file it soon.

Government counsel believes that Mr. Morris has had to prioritize a busy docket of cases and obviously has found it difficult to make time to respond to the defendant's allegations. Government counsel believes that if the court sets a firm deadline for a response to be provided to the government, Mr. Morris is likely to comply.

If the government gets the ordered response from Mr. Morris, counsel will need some additional time to finish its response. Currently counsel has a trial in *United States v. Terrence Goldberg*, 1:17-CR-00143 DAD-BAM, scheduled to begin on April 24, 2018. Counsel also needs to prepare for a hearing on motions for a new trial and file a sentencing memorandum in *United States v. Adam Henry*, 1:13-CR-00409 DAD-BAM, on April 30, 2018. This case proceeded to trial in November 2017 and defense counsel has filed several post-trial motions and requests. Government counsel also must file objections to a draft presentence report and a sentencing memorandum in a contested sentencing hearing in *United States v. George*, 1:17-cr-00030-LJO-SKO. The current schedule has filing deadlines of April 16

and April 30, 2018.  Counsel is also preparing for a trial that has been confirmed in *United States v. Cragg*, 1:17-CR-00012 LJO-SKO, set to begin on May 22, 2018.  Counsel has many other investigations, cases, and obligations, but those identified above will consume the majority of available time through the end of May 2018.

    For the reasons outlined above, the government requests that the court issue the proposed order submitted with this motion.

Dated:  April 3, 2018

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ David Gappa
                                  DAVID L. GAPPA
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>MAURICE HUNT,<br><br>                      Defendant. | Case No. 1:13-CR-00189-LJO-SKO |

**ORDER**

Good cause appearing, Attorney Barry Morris, and/or his staff or agents, shall provide the government with a declaration addressing the defendant's allegations raised in his pending habeas petition. If necessary, the declaration may reference any communications with defendant and work product concerning events and facts related to the ineffective assistance of counsel claims presented in defendant's § 2255 motion. Mr. Morris shall communicate and coordinate with government counsel to ensure that all issues are adequately addressed in the declaration. Mr. Morris shall provide his response to the government by April 16, 2018. Mr. Morris is informed that should he

not abide by this deadline, it is the Court's intention to issue immediately a subpoena so that his statement can be taken on the record, with Defendant appearing by videoconference.

    IT IS FURTHER ORDERED that the government is directed to serve a copy of this order on Mr. Morris.

    IT IS FURTHER ORDERED that the government's motion for an extension of time, through May 12, 2018, to file its response to defendant Hunt's § 2255 motion is GRANTED.

IT IS SO ORDERED.

Dated: **April 5, 2018**           **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE