UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-cr-00189-NONE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| v. | ) | MOTION TO UNSEAL HEARINGS |
| | ) | FOR PREPARATION OF |
| MAURICE HUNT, | ) | TRANSCRIPTS FOR APPEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby **ORDERED** that the sealed portion of proceedings from the July 12, 2013 (Doc. No. 31), August 5, 2013 (Doc. No. 59), and August 5, 2013 (Doc. No. 60) hearings in this case be unsealed so that transcripts of these hearings in their entirety may be provided to defense counsel for use on appeal. The sealed portions of these proceedings are to be resealed following the preparation of the transcripts.

IT IS SO ORDERED.

Dated: **May 18, 2021**

UNITED STATES DISTRICT JUDGE

1